UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIFFANY RECINOS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MIKE KREIDLER et al.,<br><br>　　　　　　　Defendants. | CASE NO. 3:23-cv-05791-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

　　　Presently before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge David W. Christel. (Dkt. No. 4.) Judge Christel recommends Plaintiff's motion to proceed *in forma pauperis* be denied and this case dismissed without prejudice. Plaintiff filed an objection to the R&R, stating only that "Plaintiff objects to the report and recommendation which dismisses this case without any compensation." (Dkt. No. 5 at 1.)

　　　The Court, after *de novo* review of the record, and after having reviewed the R&R and Plaintiff's objection, hereby finds and ORDERS:

　　　　1)　The Court ADOPTS the Report and Recommendation (Dkt. No. 4.)

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

2) Plaintiff's application to proceed in forma pauperis is DENIED and Plaintiff's claims are DISMISSED without prejudice.

3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

Dated this 17th day of October, 2023.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2